IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
1:22-CV-10

| | |
|---|---|
| LYNN COWAN, as Administrator of the Estate of William Lawrence Cowan,<br><br>        Plaintiff,<br><br>   v.<br><br>PHILIP H. LAVINE, MD<br><br>        Defendant. | **DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO DISCLOSE THE AMOUNT OF HER SETTLEMENT WITH THE CODEFENDANTS** |

NOW COMES Defendant Philip H. Lavine, MD, by and through his undersigned counsel, and moves the Court for an Order, pursuant to Federal Rule of Civil Procedure 26, compelling Plaintiff to disclose the amount of her settlement with the Codefendants. Pursuant to Local rule 7.3(a), a supporting Memorandum of Law is being submitted contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting the relief requested herein.

This the 14th day of November, 2023.

1

/s/ Katherine W. Dandy
Brenda S. McClearn
N.C. State Bar No. 21073
Katherine W. Dandy
N.C. State Bar No. 58559
*Attorneys for Philip H. Lavine, MD*

11215 North Community House Road
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax: (678) 539-1601
E-mail: bmcclearn@hallboothsmith.com
kdandy@hallboothsmith.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO DISCLOSE THE AMOUNT OF HER SETTLEMENT WITH THE CODEFENDANTS** was served electronically upon the party below:

        Mr. Carlos E. Mahoney
        Glenn Mills Fisher and Mahoney, PA
        P O Drawer 3865
        Durham, NC 27702-3865
        cmahoney@gmf-law.com
        *Attorney for Plaintiff*

This the 14th day of November, 2023.

        /s/ Katherine W. Dandy
        Brenda S. McClearn
        N.C. State Bar No. 21073
        Katherine W. Dandy
        N.C. State Bar No. 58559
        *Attorneys for Philip H. Lavine, MD*

11215 North Community House Road
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax: (678) 539-1601
E-mail: bmcclearn@hallboothsmith.com
       kdandy@hallboothsmith.com